UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIERRA MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-169-HEA |
| ) | |
| DIVISION OF FAMILY SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION, MEMORANDUM AND ORDER**

This closed case comes before the Court on the motion of self-represented plaintiff Kierra Martin to seal the case. ECF No. 6. Local Rule 13.05 governs the sealing of materials filed in civil and criminal cases. This rule requires the proponent of the sealing to (1) describe the material or information sought to be filed under seal, (2) the legal grounds for sealing, and (3) the timeframe for the sealing, including reasons supporting a request that materials remain seal indefinitely. Plaintiff has not complied with any of the requirements of Local Rule 13.05. She provides no information other than she seeks to seal documents and "[r]aise security of all confidential." ECF No. 6. It is unclear what Plaintiff is seeking to place under seal, and she provides no explanation why any of the documents in her case should be placed under seal.

Even if the Court could ascertain what Plaintiff is seeking to place under seal, this case has been closed for nearly two years. ECF No. 4. Nothing in the case has been under seal since Plaintiff first filed her complaint on January 24, 2024. ECF No. 1. If Plaintiff wanted case materials under seal, the proper time to request that would have been during the pendency of the case when she filed the materials. She provides no explanation for why conditions have changed such that the case materials are now confidential. Thus, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to seal case [ECF No. 6] is **DENIED**.

Dated this 4th day of December, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE