**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIERRA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-169-HEA |
| | ) | |
| DIVISION OF FAMILY SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This closed case comes before the Court on the motion of self-represented plaintiff Kierra Martin to seal the case. ECF No. 8. Plaintiff recently submitted a similar motion on November 4, 2025. ECF No. 6. The Court denied that motion on December 4, 2025, noting that Plaintiff had not complied with Local Rule 13.05. ECF No. 7. Plaintiff's new motion to seal the case was filed on December 4, 2025. ECF No. 8. Plaintiff again fails to comply with Local Rule 13.05 and fails to provide an explanation for why conditions have changed such that the case materials, which have been publicly available for nearly two years, are now confidential. Thus, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to seal case [ECF No. 8] is **DENIED**.

Dated this 31st day of December, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE